# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ABRAM HOPKINS

NO. 2019 KW 1323

DEC 0 6 2019

---

In Re:   Abram Hopkins, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 01-11-0101.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**   The instant application for postconviction
relief was filed untimely, and relator's allegations do not
support application of the facts-not-known exception. See La.
Code Crim. P. art. 930.8(A)(1).

                    **PMc**
                    **JEW**
                    **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT